IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

_____

| | |
|---|---|
| GREG ROSS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:09-cv-01196 |
| v. ) | Judge Campbell |
| ) | Magistrate Judge Knowles |
| ) | |
| STATE FARM FIRE AND CASUALTY ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY'S MOTION FOR SUMMARY JUDGMENT

Defendant State Farm Fire and Casualty Company ("State Farm") moves this Court to grant it summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure because there is no factual dispute that the requirements of the appraisal provision in Plaintiff's homeowners insurance policy have been met and, therefore, the amount of Plaintiff's loss due to a frozen burst pipe has been set. Based on the record evidence, Plaintiff Greg Ross cannot raise a genuine issue of disputed material fact that (1) the appraiser chosen by State Farm improperly interfered with the appraisal process or the umpire's award, and (2) that the appraiser was State Farm's agent such that any improper conduct can be imputed to State Farm. State Farm, therefore, requests that this Court grant its motion and enter summary judgment in its favor.

In support of this motion, State Farm relies upon:

(1) Memorandum of Law in Support;

(2) Statement of Undisputed Material Facts; and

(3) Notice of Filing with attached deposition excerpts and exhibits.

N BTM 792573 v1
2787551-000209 09/23/2010

DATED this 27th day of September, 2010.

>Respectfully submitted,
>
>BAKER, DONELSON, BEARMAN, CALDWELL
>& BERKOWITZ, P.C.
>
>
>By:   s/ *Brigid M. Carpenter*_____
>         Brigid M. Carpenter
>         B.P.R. No. 18134
>
>Baker Donelson Center
>211 Commerce Street, Suite 800
>Nashville, Tennessee 37201
>(615) 726-5600
>(615) 744-7341 (facsimile)
>*bcarpenter@bakerdonelson.com*
>
>Attorney for Defendant State Farm Fire and Casualty
>Company

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of September, 2010, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail, first-class postage prepaid. Parties may access this filing through the Court's electronic filing system.

>W. Gary Blackburn, Esq.
>Michael Clemons, Esq.
>Blackburn & McCune, PLLC
>101 Lea Avenue
>Nashville, Tennessee 37210

>>s/ *Brigid M. Carpenter*_____
>>Brigid M. Carpenter