IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

_____

| | |
|---|---|
| GREG ROSS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:09-cv-01196 |
| v. ) | Judge Campbell |
| ) | Magistrate Judge Knowles |
| ) | |
| STATE FARM FIRE AND CASUALTY ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY'S NOTICE OF FILING TESTIMONY AND DOCUMENTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Defendant State Farm Fire and Casualty Company ("State Farm") hereby gives notice that it is filing the attached record evidence in support of its motion for summary judgment made pursuant to Rule 56 of the Federal Rules of Civil Procedure:

1. Excerpts from and exhibits to deposition of Greg Ross taken July 12, 2010,

2. Excerpts from and exhibits to deposition of David Horton taken July 13, 2010,

3. Excerpts from and exhibits to deposition of Chuck Howarth taken July 12, 2010,

4. Excerpts from deposition of Andy Brunelle taken July 20, 2010,

5. Documents from the file of Chuck Howarth produced pursuant to subpoena,

6. Documents from the file of David Horton produced pursuant to subpoena,

7. Documents from file of State Farm.

DATED this 27th day of September, 2010.

Respectfully submitted,

BAKER, DONELSON, BEARMAN, CALDWELL
& BERKOWITZ, P.C.


By: s/ *Brigid M. Carpenter*
 Brigid M. Carpenter
 B.P.R. No. 18134

Baker Donelson Center
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
(615) 726-5600
(615) 744-7341 (facsimile)
*bcarpenter@bakerdonelson.com*

Attorney for Defendant State Farm Fire and Casualty Company


**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of September, 2010, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail, first-class postage prepaid. Parties may access this filing through the Court's electronic filing system.

W. Gary Blackburn, Esq.
Michael Clemons, Esq.
Blackburn & McCune, PLLC
101 Lea Avenue
Nashville, Tennessee 37210


 s/ *Brigid M. Carpenter*
 Brigid M. Carpenter

2

N BTM 792576 v1
2787551-000209 09/27/2010
Case 3:09-cv-01196 Document 15 Filed 09/27/10 Page 2 of 2 PageID #: 78