UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Greg Ross )
 )
 ) Case No.: 3:09cv1196
v. ) Judge Campbell
 )
State Farm and Casualty Company )
 )

### ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on December 17, 2010.

KEITH THROCKMORTON, CLERK
s/ Robbie Dail, Deputy Clerk