IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GREG ROSS | ) |
| | ) |
| v. | ) NO. 3-09-1196 |
| | ) JUDGE CAMPBELL |
| STATE FARM FIRE AND CASUALTY | ) |
| COMPANY | ) |

ORDER

Pending before the Court is Plaintiff's Motion to Alter or Amend Order Granting Summary Judgment to Defendant (Docket No. 26). For the reasons stated by the Court in its Memorandum of December 14, 2010 (Docket No. 23), Plaintiff's Motion is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE