IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| GREG ROSS, | ) |
|     Plaintiff, | ) |
| v. | ) No. 3:09-cv-01196 <br> ) Judge Campbell <br> ) Magistrate Judge Knowles |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) |
|     Defendant. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Greg Ross, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment of the United States District Court for the Middle District of Tennessee entered on December 17, 2010 and the Order denying Plaintiff's Motion to Alter or Amend Order Granting Summary Judgment to Defendant enter on December 27, 2010.

Respectfully Submitted,

**CHAFFIN, BURNSED & BLACKBURN, PLLC**

/s/ J. MICHAEL CLEMONS
W. Gary Blackburn (#3484)
J. Michael Clemons (#24362)
The Fridrich Building, First Floor
2909 Poston Avenue
Nashville, Tennessee 37203
Telephone: (615) 460-7478
Facsimile: (615) 460-7484
Email: gblackburn@cbblegal.com
Email: mclemons@cbblegal.com
*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on this 25th day of January, 2011. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties listed below. Parties may access this filing through the Court's electronic filing system.

Brigid M. Carpenter, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
211 Commerce Street, Suite 800
Nashville, TN 37201
(615) 726-5600
(615) 744-7341 (fax)
bcarpenter@bakerdonelson.com

/s/ J. MICHAEL CLEMONS
J. Michael Clemons