## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Leonard Green | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: January 20, 2012

Mr. W. Gary Blackburn
Blackburn,McCune, Happell & Zenner
101 Lea Avenue
Nashville, TN 37210

Ms. Brigid M. Carpenter
Baker Donelson
211 Commerce Street
Suite 800
Nashville, TN 37201

        Re:  Case No. 11-5123, *Gregg Ross v. State Farm Fire & Casualty Com*
             Originating Case No. : 09-01196

Dear Sir or Madam,

   The Court issued the enclosed (Order/Opinion) today in this case.

                                   Sincerely yours,

                                   s/Connie A. Weiskittel
                                   Mediation Office

cc:  Mr. Keith Throckmorton

Enclosure

No mandate to issue

Case No. 11-5123

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

GREGG ROSS

      Plaintiff - Appellant

v.

STATE FARM FIRE & CASUALTY COMPANY

      Defendant - Appellee

   In accordance with Rule 33(d), Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

   It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                                 **ENTERED PURSUANT TO RULE 33(d),**
                                 **RULES OF THE SIXTH CIRCUIT**
                                 Leonard Green, Clerk

Issued: January 20, 2012